# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00738-HDM-VPC |
| Petitioner, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BARRY O'DEA, | ) | |
| Respondent. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#6) filed on December 8, 2011, in which the magistrate judge recommends that this court enter an order to respondent Barry O'Dea requiring him to show cause why he should not be adjudged in contempt and that if the respondent fails and refuses to appear before the District Court, that respondent be adjudicated in contempt and a bench warrant be issued for his arrest. (#6)  No objections to the report and recommendation were filed, and the time for doing so has expired.

The court having considered the pleadings and memoranda of the

1

parties and other relevant matters of record and having made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (#6).  The court, in a separate order, shall order the respondent Barry O'Dea to show cause why he should not be adjudged in contempt.

This court's order adopting the magistrate judge's report and recommendation shall be served on the respondent at the following addresses: 88200 Offenhauser Drive, Apt. 116D, Reno, Nevada 89535 and 3865 Mira Loma Drive, Reno, Nevada 89502.  In addition, IRS Officer Michael Franck or any other IRS Officer designated by him shall personally serve the respondent with a copy of this court's order.

**IT IS SO ORDERED.**

DATED: This 6th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE