**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00738-HDM-VPC |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| BARRY O'DEA, | ) | |
| Defendant. | ) | |

The petitioner has filed a notice of compliance with the subject IRS summons (#13). Accordingly, the hearing set for March 20, 2012 (#11) is VACATED and this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: This 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE