**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
UNITED STATES OF AMERICA,        )      3:11-cv-00738-HDM-VPC
                                 )
          Petitioner,            )
                                 )
vs.                              )      ORDER
                                 )
BARRY O'DEA,                     )
                                 )
          Defendant.             )
_____)
```

The petitioner has filed a notice of compliance with the subject IRS summons (#13). Accordingly, the hearing set for March 20, 2012 (#11) is VACATED and this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: This 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

1